IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No.11-cv-00243-REB-CBS

CENTER FOR BIOLOGICAL DIVESITY,
DINE CITIZENS AGAINST RUINING OUR ENVIRONMENT, and
SAN JUAN CITIZENS ALLIANCE,

      Plaintiffs,

v.

JOSEPH PIZARCHIK,
in his official capacity as Director, Office of Surface Mining
Reclamation and Enforcement,
WESTERN REGION OFFICE OF SURFACE
MINING RECLAMATION AND ENFORCEMENT,
a federal agency within the U.S. Department of Interior, and
KEN SALAZAR, in his official capacity as U.S. Secretary of Interior,

      Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS MATTER IS before the court on Plaintiffs' Unopposed Motion to Amend Plaintiff's Complaint as a Matter of Course Pursuant to F.R.C.P. 15 (*doc # 7*) filed February 17, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED, and the Plaintiff's Amended Complaint for Review of Federal Agency Action (*doc # 7-1*) tendered to the court as an attachment to the motion is accepted for filing as of the date of this order.

**DATED:**      February 23, 2011