IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.11-cv-00243-REB-CBS

CENTER FOR BIOLOGICAL DIVERSITY,
DINE CITIZENS AGAINST RUINING OUR ENVIRONMENT, and
SAN JUAN CITIZENS ALLIANCE,

    Plaintiffs,

v.

JOSEPH PIZARCHIK,
in his official capacity as Director, Office of Surface Mining
Reclamation and Enforcement,
WESTERN REGION OFFICE OF SURFACE
MINING RECLAMATION AND ENFORCEMENT,
a federal agency within the U.S. Department of Interior, and
KEN SALAZAR, in his official capacity as U.S. Secretary of Interior,

    Defendants.

## ORDER GRANTING BHP NAVAJO COAL COMPANY'S MOTION TO INTERVENE

    THIS MATTER IS before the court on BHP Navajo Coal Company's (BNCC's) Motion to Intervene (*doc # 12*), filed March 21, 2011, through which BNCC seeks to intervene as a party defendant as of right under FED. R. CIV. P. 24(a)(2), or alternatively to intervene as a defendant by permission under FED. R. CIV. P. 24(b)(1)(B). The court has reviewed the motion and the entire case file, and finds that the court would have reached the same conclusion under either FED. R. CIV. P. 24(a)(2) or FED. R. CIV. P. 24(b)(1)(B) and that BNCC's intervention will not unduly delay or prejudice the adjudication of the original parties' rights. Accordingly:

    IT IS HEREBY ORDERED that the instant motion is GRANTED, and BHP Navajo Coal Company is permitted to intervene with full status as a party defendant. The Clerk of the Court shall amend the caption in this action to reflect the same. IT IS FURTHER ORDERED that BHP Navajo Coal

Company's Answer to Plaintiffs' Amended Complaint for Review of Federal Agency Action (*doc # 12-2*), tendered to the court on March 21, 2011, is accepted for filing as of the date of this order.

DATED at Denver, Colorado, this 23rd day of March, 2011.

                                                BY THE COURT:

                                                *s/Craig B. Shaffer*
                                                Craig B. Shaffer
                                                United States Magistrate Judge