IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.11-cv-00243-REB-CBS

CENTER FOR BIOLOGICAL DIVERSITY,
DINE CITIZENS AGAINST RUINING OUR ENVIRONMENT, and
SAN JUAN CITIZENS ALLIANCE,

      Plaintiffs,

v.

JOSEPH PIZARCHIK,
in his official capacity as Director, Office of Surface Mining
Reclamation and Enforcement,
WESTERN REGION OFFICE OF SURFACE
MINING RECLAMATION AND ENFORCEMENT,
a federal agency within the U.S. Department of Interior, and
KEN SALAZAR, in his official capacity as U.S. Secretary of Interior,

      Defendants.

v.

BHP NAVAJO COAL COMPANY

      Intervenor Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Navajo Nation's Unopposed Motion for Leave to Amend the Navajo Nation's Limited Motion to Intervene and Motion to Dismiss (*doc. # 43*) is GRANTED.  The Amended Limited Motion to Intervene (*doc. # 43-1*) is accepted for filing as of the date of this minute order.

      IT IS FURTHER ORDERED that The Navajo Nation's Amended Motion to Dismiss (doc. # 43-2), and its attachments (*doc. # # 43-3 and 43-4*), shall be identified as tendered documents to the Amended Limited Motion to Intervene (*doc. # 43-1*).

      IT IS FURTHER ORDERED that in light of the foregoing, the First Motion to Intervene (*doc. # 40)* is moot.

**DATED:**  June 14, 2011