**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   11-cv-00243-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:   July 7, 2011** | **Courtroom Deputy:**   Laura Galera |

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.,* | Brad A. Bartlett |
| Plaintiff, | |
| v. | |
| JOSEPH PIZARCHIK, *et al.,* | John H. Martin, III |
| Defendant, | |
| BHP NAVAJO COAL COMPANY, | Maria O'Brien |
| Intervenor Defendant, | |
| NAVAJO NATION, | William A. Johnson |
| Interested Party. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:       1:36 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding The Navajo Nation's Amended Limited Motion to Intervene [46] and the Joint Motion to Modify Scheduling order (Doc. 29) [56].

For the reasons stated on the record, it is:

**ORDERED:**   The Navajo Nation's Amended Limited Motion to Intervene [46] is GRANTED WITHOUT PREJUDICE to any existing parties right to challenge the arguments and facts set forth in the The Navajo Nation's Amended Motion to Dismiss [47].

**ORDERED:**   The Court accepts The Navajo Nation's Amended Motion to Dismiss [47] for filing.

**ORDERED:**   Any party must file their response to The Navajo Nation's Amended Motion to Dismiss [47] on or before **August 5, 2011**.

**ORDERED:**   Any reply briefs in support of The Navajo Nation's Amended Motion to Dismiss [47] must be filed on or before **August 26, 2011.**

**ORDERED:**  All further proceedings are STAYED pending a decision of The Navajo Nation's Amended Motion to Dismiss [47].

**ORDERED:**  Counsel for the parties to contact chambers **within 72 hours** of a ruling on The Navajo Nation's Amended Motion to Dismiss [47].

**ORDERED:**  Joint Motion to Modify Scheduling Order (Doc. 29) [56] is DENIED.

HEARING CONCLUDED.
**Court in recess:        1:55 p.m.**
Total time in court:     00:19

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.